IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CHRISTOPHER G. JEDRZEJAK                                                    PLAINTIFF

      v.                                        CIVIL NO. 12-3049

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                              DEFENDANT

## **O R D E R**

    Plaintiff submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis* ("IFP"). ECF Nos. 1, 2. The undersigned finds that more information is needed to rule on Plaintiff's IFP application.

    Plaintiff's IFP application indicates that he receives approximately $25,000 from a trust account each year. ECF No. 2, at 1. However, Plaintiff does not specify the terms of the trust or how distributions are made. Plaintiff also does not state whether he may freely draw from the trust, and if not, whether he has petitioned the trustee to release funds to pay the filing fee. Plaintiff is directed to submit an amended IFP application providing more detailed information regarding his trust account by April 18, 2012. Should Plaintiff fail to comply within the required period of time, his complaint will become subject to summary dismissal for failure to obey a court order.

    IT IS SO ORDERED this 4th day of April 2012.

                                                          /s/ *J. Marschewski*
                                                       HONORABLE JAMES R. MARSCHEWSKI
                                                       CHIEF UNITED STATES MAGISTRATE JUDGE